| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RICKY HUTCHINGS, §
§
       Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:07-CV-671
§
STATE FARM LLOYDS and §
STATE FARM LLOYDS, INC., §
§
       Defendants. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on October 1, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter partial judgment dismissing defendant State Farm Lloyds, Inc.

The magistrate judge's report is hereby **ADOPTED**. Plaintiff's claims against State Farm Lloyds, Inc. are **DISMISSED** without prejudice.

SIGNED at Beaumont, Texas, this 11th day of February, 2008.

                                                  MARCIA A. CRONE
                                        UNITED STATES DISTRICT JUDGE