UNITED STATES DISTRICT COURT          EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| RICKY HUTCHINGS, § § Plaintiff, § § versus § § STATE FARM LLOYDS, § § Defendant. § | CIVIL ACTION NO. 1:07-CV-671 |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on October 1, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' agreed motion to dismiss and enter judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 28th day of April, 2009.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE